■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VALENTIN, Appellant. [750 NYS2d 856] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered November 19, 1999, convicting defendant, after a jury trial, of sodomy in the first degree, and sentencing him to a term of 12½ to 25 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94). Defendant's theory that the victim's nine-year-old brother may have been the actual perpetrator of this sodomy is unsupported by the evidence.

The court's limited participation in the examination of witnesses did not deprive defendant of a fair trial. The court sparingly exercised its power to clarify testimony and did not in any way convey to the jury that it had an opinion on the merits (*see People v Moulton*, 43 NY2d 944).

The court's curative actions prevented defendant from being prejudiced by a detective's unresponsive answer to a question posed on cross-examination, in which the detective revealed the substance of a conversation with the victim (*see People v Santiago*, 52 NY2d 865).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Andrias, Rosenberger, Friedman and Marlow, JJ.